IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-54128 |
| | ) | |
| JONES, JERALENE | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: MARILYN SHEA-STONUM |
| | ) | |
| Debtor | ) | <u>MOTION FOR APPOINTMENT OF</u> |
| | ) | <u>ATTORNEY FOR TRUSTEE</u> |

     Now comes Richard A. Wilson, Trustee herein, and moves the Court for an Order authorizing him to appoint **Michael L. John**, Attorney at Law, 2850 S. Arlington Rd., Suite 103, Akron, Ohio 44312, as Attorney for Trustee in the above-captioned Proceeding. Legal services are necessary for the proper administration of this case including:

     1. Prosecution of Preference Action. Collection of monies due bankruptcy estate.

That to the best of my knowledge he has no connection with the creditors, or any other party in interest of their respective Attorneys.

     The Trustee requests an Order authorizing the employment of said professional and for any other relief that the Court deems just and proper. The parties agree that the allowance of any legal fee compensation is subject to the provisions of 11 U.S.C. Section 328(a) and (b), 11 U.S.C. Section 330 and Bankruptcy Rule 2016(a) and shall be based on the net recovery after deducting the costs, fees and expenses of litigation incurred if allowed on a contingent fee basis.

     This application is subject to the provisions of 11 U.S.C. Sect. 328 (a) and (b), 11 U.S.C. Sect. 330, and Bankruptcy Rule 2016(a).

                                                                                                            Submitted by

                                                                                                            /s/ Richard A. Wilson
                                                                                                            RICHARD A. WILSON #0018140
                                                                                                            Trustee in Bankruptcy
                                                                                                            1221 S. Water St.
                                                                                                            PO Box 3307
                                                                                                            Kent, Ohio 44240
                                                                                                            Phone: (330) 678-2850
                                                                                                            Fax: (330) 678-2058
                                                                                                            E-Mail: <u>buckeye56@sbcglobal.net</u>

## PROOF OF SERVICE

      I hereby certify that on this 8th day of April, 2010, a copy of the foregoing Motion to Appoint Attorney was :

**Served electronically via ECF:**

United State Trustee
Robert M. Whittington, Jr.
Attorney for Debtor

**Served via Regular U.S. Mail:**

Michael L. John, Attorney for Trustee
2850 S. Arlington Rd., Suite 103
Akron, Ohio 44312

Jeralene Jones, Debtor
958 Winton
Akron, OH 44320

                                            /s/ Richard A. Wilson
                                            RICHARD A. WILSON
                                            Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-54128 |
| | ) | |
| JONES, JERALENE | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtors | ) | JUDGE: MARILYN SHEA-STONUM |
| | ) | |
| | ) | <u>AFFIDAVIT PURSUANT TO</u> |
| | ) | <u>BANKRUPTCY RULE NO. 2014</u> |

Now comes Richard A. Wilson, Trustee in Bankruptcy, having filed a Motion for Appointment of Michael L. John, Attorney at Law 2850 S. Arlington Rd., Suite 103, Akron, OH 44312 Accountant for the Trustee, **Michael L. John**, who deposes and states upon his oath as follows:

1. I am not a relative nor is any member of my business a relative of the Judge of any Court making the appointment as requested by the movant/affiant;

2. I am not a relative nor is any member of my business a relative of the Judge of any Court approving the appointment requested by the movant/affiant;

3. I am not and have not nor has any member of my business been associated with the judge of any Court making or approving the appointment requested, in a professional capacity or in any other capacity nor am I related to the U. S. Trustee or any member of the U. S. Trustee's staff, so as to render said appointment improper other than <u>None</u>.

4. I have no connection with the Debtor(s), any of his creditors or parties of interest;

5. I am licensed in the State of Ohio;

6. I am thus eligible to receive said appointment of employment herein.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael L. John/Affiant

SWORN TO and subscribed in my presence this ___ day of APRIL, 2010 by the above individual/affiant, at Akron, Ohio.

_____
NOTARY PUBLIC

MAUREEN M. CAPITO, Notary Public
In and for the State of Ohio
My Commission Expires Oct. 2, 2011